M.D. Appeal Dkt.
67   2017

# IN THE SUPREME COURT OF PENNSYLVANIA
# MIDDLE DISTRICT

MERSCORP, INC. N/K/A MERSCORP HOLDINGS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA, N.A.; CITIMORTGAGE, INC.; CITIBANK, N.A.; CREDIT SUISSE FINANCIAL CORPORATION; EVERHOME MORTGAGE COMPANY; JP MORGAN CHASE BANK, N.A.; STATE FARM BANK F.S.B.; WELLS FARGO BANK, N.A.; SOVEREIGN BANK; HSBC BANK USA, N.A.; HSBC FINANCE CORPORATION; GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P. N/K/A FINANCE OF AMERICA MORTGAGE LLC; CUSTOMERS BANCORP, INC.; CUSTOMERS BANK; THE BANK OF NEW YORK MELLON; THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; DEUTSCHE BANK TRUST COMPANY AMERICAS; SANTANDER BANK, N.A. F/K/A SOVEREIGN BANK, N.A.; AND TRIDENT MORTGAGE COMPANY, L.P.,

              Respondents

          v.

DELAWARE COUNTY, PENNSYLVANIA, RECORDER OF DEEDS, BY AND THROUGH THOMAS J. JUDGE, SR., IN HIS OFFICIAL CAPACITY AS THE RECORDER OF DEEDS OF DELAWARE COUNTY, PENNSYLVANIA; FREDERICK C. SHEELER, IN HIS OFFICIAL CAPACITY AS RECORDER OF DEEDS IN AND FOR THE COUNTY OF BERKS, PENNSYLVANIA; THE OFFICE OF THE RECORDER OF DEEDS IN AND FOR THE COUNTY OF BERKS,

: No. 384 MAL 2017

: Petition for Allowance of Appeal from the Order of the Commonwealth Court

PENNSYLVANIA; THE COUNTY OF          :
BERKS, PENNSYLVANIA; JOSEPH J.        :
SZAFRAN, IN HIS OFFICIAL CAPACITY     :
AS RECORDER OF DEEDS IN AND FOR       :
THE COUNTY OF BUCKS,                  :
PENNSYLVANIA; THE OFFICE OF THE       :
RECORDER OF DEEDS IN AND FOR          :
THE COUNTY OF BUCKS,                  :
PENNSYLVANIA; THE COUNTY OF           :
BUCKS, PENNSYLVANIA; RICHARD T.       :
LOUGHERY, IN HIS OFFICIAL             :
CAPACITY AS THE RECORDER OF           :
DEEDS IN AND FOR THE COUNTY OF        :
CHESTER, PENNSYLVANIA; THE            :
OFFICE OF THE RECORDER OF DEEDS       :
IN AND FOR THE COUNTY OF              :
CHESTER, PENNSYLVANIA; AND THE        :
COUNTY OF CHESTER,                    :
PENNSYLVANIA,                         :
                                      :
              Petitioners             :
                                      :
                                      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of October, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioners, are:

(1)    Whether the Commonwealth Court erred in ruling that Respondents may systematically evade Pennsylvania's land recording statutes, including 21 P.S. § 351, and *not* record many thousands of conveyances in the Offices of the Recorders of Deeds across the Commonwealth?

(2)    Whether the Commonwealth Court erred in ruling that Recorders of Deeds and Counties do not possess standing or a right of action to pursue claims against Respondents that have deliberately engaged in a course of conduct that undermines the public land recording system and is without precedent in the long history of Pennsylvania's recording laws?